IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: )<br>Karen M. Russell )<br>)<br>    Debtor )<br>_____ )<br>Ronda J. Winnecour, Chapter 13 )<br>Trustee, )<br>)<br>    Movant, )<br>)<br>    Vs. )<br>Karen M. Russell )<br>)<br>    Respondent(s) ) | Case No.:  13-21984 JAD<br>Chapter 13<br><br>Related to Doc. No. 86 |

## WITHDRAWAL OF TRUSTEE'S MOTION TO DEEM MORTGAGE PAID IN FULL AND TO COMPEL PRODUCTION OF PROOF OF SATISFACTION

The Motion to Deem Mortgage Paid in Full and to Compel Production of Proof of Satisfaction that was filed in the above-referenced case on July 16, 2018 (document #86) is hereby WITHDRAWN.  The hearing scheduled for September 18, 2018 is hereby CANCELLED.

Respectfully submitted,

9/13/2018                   /s/ Ronda J. Winnecour
date                            Ronda J. Winnecour (PA I.D. #30399)
                                      Attorney and Chapter 13 Trustee
                                      U.S. Steel Tower – Suite 3250
                                      600 Grant Street
                                      Pittsburgh, PA  15219
                                      (412) 471-5566
                                      cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| Karen M. Russell | ) | Case No.:  13-21984 JAD |
| | ) | Chapter 13 |
| Debtor | ) | |
| _____ | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) | Related to Doc. No. 86 |
| | ) | |
| Movant, | ) | |
| | ) | |
| Vs. | ) | |
| Karen M. Russell | ) | |
| | ) | |
| Respondent(s) | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15222

Karen Russell
439 Orchard Spring Road
Pittsburgh PA 15220

Shawn Wright, Esquire
7240 McKnight Road
Pittsburgh PA 15237

Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129

Specialized Loan Servicing LLC

Document      Page 3 of 3

Attn.: Toby Wells, CEO
8742 Lucent Blvd Suite 300
Highlands Ranch CO 80129

9/13/2018                      /S/ Renee Ward
date                                  Administrative Assistant
                                      Office of the Chapter 13 Trustee
                                      US Steel Tower – Suite 3250
                                      600 Grant Street
                                      Pittsburgh, PA  15219
                                      cmecf@chapter13trusteewdpa.com