IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| KAREN M. RUSSELL, | : | Bankruptcy No. 13-21984-JAD |
| | : | |
| Debtor. | : | Chapter 13 |
| —————————————————X | | |
| RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE, | : | |
| Movant, | : | |
| v. | : | Doc. No. 90 |
| KAREN M. RUSSELL, | : | Related To Doc. No. 86 |
| Respondent. | : | |
| —————————————————X | | |

## ORDER

**AND NOW**, this **13th** day of **September**, 2018, **IT APPEARING TO THE COURT** that the Movant has filed a **Withdrawal of Trustee's Motion** at **Doc. No. 90** in the above-captioned bankruptcy case;

**IT IS HEREBY ORDERED** that **Doc. No. 86 IS DENIED AS WITHDRAWN**.

**IT IS FURTHER ORDERED** that the hearing regarding **Doc. No. 86 – Trustee's Motion To Deem Mortgage Paid In Full And To Compel Production of Proof of Satisfaction** filed by **Ronda J. Winnecour, Chapter 13 Trustee** and scheduled for **Tuesday, September 18, 2018**, at **10:00 AM** in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, **IS HEREBY CANCELLED**.

_____  mas
Jeffery A. Deller
Chief U.S. Bankruptcy Judge

**CASE ADMINISTRATOR SHALL SERVE:**
Karen M. Russell
Shawn N. Wright, Esquire
Ronda J. Winnecour, Esquire

FILED
9/13/18 4:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Karen M. Russell
    Debtor

Case No. 13-21984-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 1     Date Rcvd: Sep 13, 2018
Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2018.
db          +Karen M. Russell,    439 Orchard Spring Road,    Pittsburgh, PA 15220-1717

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2018                                Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2018 at the address(es) listed below:

         David Neeren    on behalf of Creditor    MidFirst Bank dneeren@udren.com, vbarber@udren.com
         Elizabeth Lamont Wassall    on behalf of Creditor    MidFirst Bank bankruptcy@udren.com
         James Warmbrodt    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for Wilmington Savings Fund Society, FSB, DBA Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Granto bkgroup@kmllawgroup.com
         Jeffrey R. Hunt    on behalf of Creditor    Chartiers Valley School District jhunt@grblaw.com, cnoroski@grblaw.com
         Jeffrey R. Hunt    on behalf of Creditor    Township of Scott jhunt@grblaw.com, cnoroski@grblaw.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
         Shawn N. Wright    on behalf of Debtor Karen M. Russell shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.com
         Sherri J. Smith    on behalf of Creditor    MidFirst Bank pawb@fedphe.com, sherri.braunstein@phelanhallinan.com
         Stuart P. Winneg    on behalf of Creditor    MidFirst Bank swinneg@udren.com, cblack@udren.com
                                                                                                           TOTAL: 12