**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Karen M. Russell**
**fka Karen M. Hindes**
    Debtor(s)

Bankruptcy Case No.: 13–21984–JAD
Doc. No. 94
Chapter: 13
Docket No.: 96 – 94

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

    **AND NOW,** this The 30th of October, 2018, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above–captioned proceeding,

    **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 11/30/18.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **12/12/18 at 11:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above–specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **11/30/18.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Karen M. Russell                                                    Case No. 13-21984-JAD
          Debtor                                                    Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: msch          Page 1 of 2          Date Rcvd: Oct 30, 2018
                             Form ID: 408          Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2018.
```
db          +Karen M. Russell,    439 Orchard Spring Road,    Pittsburgh, PA 15220-1717
aty         +vde13,   Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,    600 Grant Street,
             Pittsburgh, PA 15219-2719
intp        +Comcast Corporation,   Attention: Payroll Department,    One Comcast Center,
             1701 JFK Boulevard,   Philadelphia, PA 19103-2899
cr          +Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr          +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
             Pittsburgh, PA 15212-5860
cr          +Specialized Loan Servicing LLC,     8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
13645518    ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,     PO BOX 183853,    ARLINGTON TX 76096-3853
             (address filed with court:  AmeriCredit Financial Services, Inc.,    PO Box 183853,
             Arlington, Texas  76096)
13655333    +AmeriCredit Financial Services, Inc. dba GM Financ,     P O Box 183853,
             Arlington, TX 76096-3853
13633334    +Bank of America,    P.O. Box 17054,    Wilmington, DE 19884-0001
13633335    +Chase,    P.O. Box 5299,    Wilmington, DE 19850-5299
14133569    +CitiFinancial Servicing LLC,    P.O. Box 6043,    Sioux Falls, SD 57117-6043
13633336    +Citibank,    701 East 60th Street,    Sioux Falls, SD 57104-0493
13633338    +GM Financial,    PO Box 181145,    Arlington, TX 76096-1145
13671366    +MidFirst Bank,    999 NW Grand Blvd,    Oklahoma City, OK 73118-6051
13633340    +Midland Mortgage,    999 N. W. Grand Boulevard, Suite 100,    Oklahoma City, OK 73118-6051
13633341    ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
             (address filed with court:  Nissan-Infiniti LT,    2901 Kinwest Parkway,    Irving, TX 75063)
13660880     Nissan-Infiniti LT,    PO Box 660366 Dallas  TX 75266-0366
14308679    +Specialized Loan Servicing LLC,     8742 Lucent Blvd, Suite 300,
             Highlands Ranch, Colorado 80129-2386
13680811    +Township of Scott/Chartiers Valley SD,    c/o Goehring Rutter & Boehm,
             437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13633344    +Unifund,    10625 Techwoods Circle,    Cincinnati, OH 45242-2846
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13633333    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 31 2018 02:54:06      Asset Acceptance Corp.,
             6985 Miller Road,   Warren, MI 48092-4725
13639870    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 31 2018 02:54:06      Asset Acceptance LLC,
             PO Box 2036,   Warren, MI 48090-2036
13703031    +E-mail/Text: bncmail@w-legal.com Oct 31 2018 02:54:26     CERASTES, LLC,
             C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13633337     E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2018 03:02:09     GECRB/JC Penneys,    PO Box 984100,
             El Paso, TX 79998
13633339    +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 31 2018 03:01:45     LVNV Funding,
             P.O. Box 10584,   Greenville, SC 29603-0584
13703457     E-mail/PDF: resurgentbknotifications@resurgent.com Oct 31 2018 03:01:35
             LVNV Funding, LLC its successors and assigns as,    assignee of General Electric Capital,
             Corporation,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13633342    +E-mail/PDF: cbp@onemainfinancial.com Oct 31 2018 03:02:07     One Main Financial,
             1063 Washington Avenue,    Carnegie, PA 15106-3646
13707039     E-mail/PDF: cbp@onemainfinancial.com Oct 31 2018 03:03:03      OneMain Financial, Inc.,
             P. O. Box 70911,   Charlotte, NC 28272-0911
13633343    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 31 2018 03:01:26
             Portfolio Recovery,   120 Corporate Blvd., Ste. 1,    Norfolk, VA 23502
13707070     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 31 2018 03:14:40
             Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
                                                                            TOTAL: 10
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Chartiers Valley School District
cr           MidFirst Bank
cr           Specialized Loan Servicing LLC, as servicer for Wi
cr           Township of Scott
cr*         +Americredit Financial Services, Inc. dba GM Financ,    PO Box 183853,    Arlington, TX 76096-3853
cr*          Citifinancial Servicing LLC,    P O Box 6043,    Sioux Falls, SD  57117-6043
                                                                    TOTALS: 4, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2          User: msch              Page 2 of 2          Date Rcvd: Oct 30, 2018
                              Form ID: 408            Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2018 at the address(es) listed below:
          David  Neeren   on behalf of Creditor   MidFirst Bank dneeren@udren.com,  vbarber@udren.com
          Elizabeth Lamont Wassall   on behalf of Creditor   MidFirst Bank bankruptcy@udren.com
          James  Warmbrodt   on behalf of Creditor   Specialized Loan Servicing LLC, as servicer for
           Wilmington Savings Fund Society, FSB, DBA Christiana Trust, not in its individual capacity, but
           solely in its capacity as Owner Trustee for WF 19 Granto bkgroup@kmllawgroup.com
          James  Warmbrodt   on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com
          Jeffrey R. Hunt   on behalf of Creditor   Township of Scott jhunt@grblaw.com,  cnoroski@grblaw.com
          Jeffrey R. Hunt   on behalf of Creditor   Chartiers Valley School District jhunt@grblaw.com,
           cnoroski@grblaw.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
          S. James Wallace   on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          Shawn N. Wright   on behalf of Debtor Karen M. Russell shawn@shawnwrightlaw.com,
           wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
           m
          Sherri J. Smith   on behalf of Creditor   MidFirst Bank pawb@fedphe.com,
           sherri.braunstein@phelanhallinan.com
          Stuart P. Winneg   on behalf of Creditor   MidFirst Bank swinneg@udren.com,  cblack@udren.com
                                                                                    TOTAL: 13
```