**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>KAREN M. RUSSELL<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:13-21984 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 29, 2018

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/07/2013 and confirmed on 7/2/13. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 93,978.16 |
| Less Refunds to Debtor | 2,701.58 | |
| TOTAL AMOUNT OF PLAN FUND | | 91,276.58 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,700.00 | |
|    Trustee Fee | 3,655.65 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,355.65 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   MIDFIRST* | 0.00 | 59,950.54 | 0.00 | 59,950.54 |
|     Acct: 7342 | | | | |
|   MIDFIRST* | 1,813.42 | 1,813.42 | 0.00 | 1,813.42 |
|     Acct: 7342 | | | | |
|   AMERICREDIT FINANCIAL SVCS INC DBA | 7,439.30 | 7,439.30 | 594.15 | 8,033.45 |
|     Acct: 3825 | | | | |
|   WF 19 GRANTOR TRUST | 11,359.24 | 11,359.24 | 1,612.66 | 12,971.90 |
|     Acct: 2694 | | | | |
| | | | | 82,769.31 |
| **Priority** | | | | |
|   SHAWN N WRIGHT ESQ | 3,700.00 | 3,700.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KAREN M. RUSSELL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KAREN M. RUSSELL | 2,701.58 | 2,701.58 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICE OF SHAWN N WRIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SCOTT TWP/CHAR-VALLEY SD-EIT | 841.43 | 841.43 | 0.00 | 841.43 |
|     Acct: XXXXXX2011 | | | | |
| | | | | 841.43 |
| **Unsecured** | | | | |
|   ASSET ACCEPTANCE LLC ASSIGNEE CH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8186 | | | | |
|   ASSET ACCEPTANCE LLC ASSIGNEE WF | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9343 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9164 | | | | |
|   CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |

13-21984 JAD                                                                                                      Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 7192 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
|   NISSAN-INFINITI LT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XX3337 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
|   UNIFUND CORP-OH/CCR PARTNERS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
|   UNIFUND CORP-OH/CCR PARTNERS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
|   CERASTES LLC | 310.19 | 310.19 | 0.00 | 310.19 |
| Acct: 7822 | | | | |
|   BERNSTEIN-BURKLEY PC (FORMERLY F( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   STUART WINNEG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 310.19 |

TOTAL PAID TO CREDITORS                                                                                        83,920.93

TOTAL
CLAIMED              841.43
PRIORITY          20,611.96
SECURED              310.19


Date: 10/29/2018                                    /s/ Ronda J. Winnecour
                                                    RONDA J WINNECOUR PA ID #30399
                                                    CHAPTER 13 TRUSTEE WD PA
                                                    600 GRANT STREET
                                                    SUITE 3250 US STEEL TWR
                                                    PITTSBURGH, PA  15219
                                                    (412) 471-5566
                                                    cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    KAREN M. RUSSELL

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:13-21984 JAD

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                    BY THE COURT:

                                                    U.S. BANKRUPTCY JUDGE

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                          Case No. 13-21984-JAD
Karen M. Russell                                                Chapter 13
       Debtor                      CERTIFICATE OF NOTICE
District/off: 0315-2          User: msch                  Page 1 of 2                  Date Rcvd: Oct 30, 2018
                              Form ID: pdf900             Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2018.
db            +Karen M. Russell,   439 Orchard Spring Road,   Pittsburgh, PA 15220-1717
aty           +vde13,   Office of the Chapter 13 Trustee,   Suite 3250 US Steel Tower,    600 Grant Street,
                Pittsburgh, PA 15219-2719
intp          +Comcast Corporation,   Attention: Payroll Department,   One Comcast Center,
                1701 JFK Boulevard,   Philadelphia, PA 19103-2899
cr             Duquesne Light Company,   c/o Peter J. Ashcroft,   2200 Gulf Tower,    Pittsburgh, PA 15219
cr            +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
                Pittsburgh, PA 15212-5860
cr            +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,   Highlands Ranch, CO 80129-2386
13645518      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court:   AmeriCredit Financial Services, Inc.,    PO Box 183853,
                Arlington, Texas 76096)
13655333      +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
                Arlington, TX 76096-3853
13633334      +Bank of America,   P.O. Box 17054,   Wilmington, DE 19884-0001
13633335      +Chase,   P.O. Box 15299,   Wilmington, DE 19850-5299
14133569       CitiFinancial Servicing LLC,   P.O. Box 6043,   Sioux Falls, SD 57117-6043
13633336      +Citibank,   701 East 60th Street,   Sioux Falls, SD 57104-0493
13633338      +GM Financial,   PO Box 181145,   Arlington, TX 76096-1145
13671366      +MidFirst Bank,   999 NW Grand Blvd,   Oklahoma City, OK 73118-6051
13633340      +Midland Mortgage,   999 N. W. Grand Boulevard, Suite 100,   Oklahoma City, OK 73118-6051
13633341      ++NISSAN MOTOR ACCEPTANCE CORPORATION,   LOSS RECOVERY,   PO BOX 660366,    DALLAS TX 75266-0366
               (address filed with court:   Nissan-Infiniti LT,   2901 Kinwest Parkway,    Irving, TX 75063)
13660880       Nissan-Infiniti LT,   PO Box 660366 Dallas TX 75266-0366
14308679      +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386
13680811      +Township of Scott/Chartiers Valley SD,   c/o Goehring Rutter & Boehm,
                437 Grant Street, 14th Floor,   Pittsburgh, PA 15219-6101
13633344      +Unifund,   10625 Techwoods Circle,   Cincinnati, OH 45242-2846

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13633333      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 31 2018 02:54:06    Asset Acceptance Corp.,
                6985 Miller Road,   Warren, MI 48092-4725
13639870      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 31 2018 02:54:06    Asset Acceptance LLC,
                PO Box 2036,   Warren, MI 48090-2036
13703031      +E-mail/Text: bncmail@w-legal.com Oct 31 2018 02:54:26    CERASTES, LLC,
                C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13633337       E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2018 03:03:09    GECRB/JC Penneys,   PO Box 984100,
                El Paso, TX 79998
13633339      +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 31 2018 03:02:29    LVNV Funding,
                P.O. Box 10584,   Greenville, SC 29603-0584
13703457       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 31 2018 03:01:47
                LVNV Funding, LLC its successors and assigns as,   assignee of General Electric Capital,
                Corporation,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13633342      +E-mail/PDF: cbp@onemainfinancial.com Oct 31 2018 03:01:18    One Main Financial,
                1063 Washington Avenue,   Carnegie, PA 15106-3646
13707039       E-mail/PDF: cbp@onemainfinancial.com Oct 31 2018 03:01:18    OneMain Financial, Inc.,
                P. O. Box 70911,   Charlotte, NC 28272-0911
13633343       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 31 2018 03:14:15
                Portfolio Recovery,   120 Corporate Blvd., Ste. 1,   Norfolk, VA 23502
13707070       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 31 2018 03:01:27
                Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
                                                                                             TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Chartiers Valley School District
cr             MidFirst Bank
cr             Specialized Loan Servicing LLC, as servicer for Wi
cr             Township of Scott
cr*           +Americredit Financial Services, Inc. dba GM Financ,   PO Box 183853,   Arlington, TX 76096-3853
cr*            Citifinancial Servicing LLC,   P O Box 6043,   Sioux Falls, SD  57117-6043
                                                                                             TOTALS: 4, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-2           User: msch                  Page 2 of 2                  Date Rcvd: Oct 30, 2018
                               Form ID: pdf900             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2018                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2018 at the address(es) listed below:
              David  Neeren    on behalf of Creditor    MidFirst Bank dneeren@udren.com, vbarber@udren.com
              Elizabeth Lamont Wassall    on behalf of Creditor    MidFirst Bank bankruptcy@udren.com
              James  Warmbrodt    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for
               Wilmington Savings Fund Society, FSB, DBA Christiana Trust, not in its individual capacity, but
               solely in its capacity as Owner Trustee for WF 19 Granto bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Township of Scott jhunt@grblaw.com, cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Chartiers Valley School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Shawn N. Wright    on behalf of Debtor Karen M. Russell shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
               m
              Sherri J. Smith    on behalf of Creditor    MidFirst Bank pawb@fedphe.com,
               sherri.braunstein@phelanhallinan.com
              Stuart P. Winneg    on behalf of Creditor    MidFirst Bank swinneg@udren.com, cblack@udren.com
                                                                                             TOTAL: 12
```