# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Karen M. Russell fka Karen M. Hindes<br>Debtor | CHAPTER 13<br><br>BKY. NO. 13-21984 JAD |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Midland Mortgage as servicer for MIDFIRST BANK and index same on the master mailing list.

                               Respectfully submitted,

                               **/s/James C. Warmbrodt, Esquire**
                               James C. Warmbrodt, Esquire
                               Attorney I.D. No. 42524
                               KML Law Group, P.C.
                               BNY Mellon Independence Center
                               701 Market Street, Suite 5000
                               Philadelphia, PA 19106
                               412-430-3594
                               jwarmbrodt@kmllawgroup.com